IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUIPMENT FINANCE, LLC,  )
                Plaintiff  ) Civil Action
                            ) No. 09-cv-01964
   vs.  )
                            )
STEVEN M. HUTCHISON, and  )
BLUE HORIZON VEGETATIVE  )
   RECYCLING & LAND CLEARING, INC.,  )
                Defendants

O R D E R

NOW, this 24th day of September, 2010, upon consideration of the following documents:

    (1) Motion for Summary Judgment and Memorandum of Law on Behalf of Defendants' Motion for Summary Judgment, which motion and memorandum were filed January 13, 2010;

    (2) Answer of Equipment Finance, LLC to Motion for Summary Judgment and Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, which response and memorandum were filed January 26, 2010;

    (3) Defendants' Supplemental Memorandum of Law Per the Order of Court, which memorandum was filed May 7, 2010;

    (4) Plaintiff's Reply Per Order of Court to Defendants' Supplemental Memorandum of Law, which reply was filed May 21, 2010; and

    (5) Agreed Upon Findings of Fact and Conclusions of Law filed March 18, 2010;

after oral argument held April 21, 2010, and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that defendants' Motion for Summary Judgment is denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge