IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUIPMENT FINANCE, LLC,       )
                              )  Civil Action
            Plaintiff         )  No. 09-cv-01964
                              )
      vs.                     )
                              )
STEVEN M. HUTCHISON; and      )
BLUE HORIZON VEGETATIVE       )
  RECYCLING & LAND CLEARING,  )
  INC.,                       )
                              )
            Defendants        )

VERDICT

NOW, this 27th day of September, 2011, after trial
without jury before the undersigned on October 26, 2010; and
based upon the Findings of Fact, Conclusions of Law, and
Discussion contained in the accompanying Adjudication, I find as
follows:

On Count I of plaintiff's Complaint filed May 8, 2009
for Breach of Contract on Note, I find in favor of plaintiff
Equipment Finance, LLC and against defendant Steven M. Hutchison
in the amount of $151,654.09.

On Count II of plaintiff's Complaint for breach of
Implied Contract, I find in favor of plaintiff Equipment Finance,
LLC and against defendant Steven M. Hutchison in the amount of
$1,352,040.00.[1]

---

[1]    As explained in the accompanying Adjudication, plaintiff's claim
in Count III against defendant Hutchison for Unjust Enrichment is an
alternative theory of liability to plaintiff's claim in Count II for Implied
Contract.  Accordingly, because I find favorably for plaintiff on its Implied
Contract claim in Count II, I do not reach Count III.

On Count IV of plaintiff's Complaint for breach of Implied Contract, I find in favor of defendant Blue Horizon Vegetative Recycling & Land Clearing, Inc. and against plaintiff Equipment Finance, LLC.

On Count V of plaintiff's Complaint for Unjust Enrichment, I find in favor of defendant Blue Horizon Vegetative Recycling & Land Clearing, Inc. and against plaintiff Equipment Finance, LLC.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge